UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **08-60177-CR-COHN(s)**

**UNITED STATES OF AMERICA**

vs.

**DIEGO LENIS, et al.,**

    **Defendants.**
_____/

**NOTICE OF RE-ASSIGNMENT**

The United States of America, by and through the United States Attorney for the Southern District of Florida, gives notice that the above-captioned case has been assigned to Assistant United States Attorney Alejandro Soto.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By:   s/ Alejandro O. Soto
      ALEJANDRO O. SOTO
      ASSISTANT U.S. ATTORNEY
      Fla. Bar No. 172847
      99 N.E. 4th Street
      Miami, Florida 33132-2111
      Tel: (305) 961-9034
      Fax: (305) 536-7213

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 2, 2008, I electronically filed the Government's Notice of Reassignment with the Clerk of the Court using CM/ECF.

Dated: September 2, 2008

                                                               s/ Alejandro O. Soto
                                                               Alejandro O. Soto
                                                               Assistant United States Attorney