UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60177-CR-COHN-SELTZER

UNITED STATES OF AMERICA,

        Plaintiff,

VS.

JULIO LENIS,
a/k/a "Rafael Dario Pena, "
LILIANA GOMEZ-LOPEZ,
a/k/a "Laflaca,"
LUZ LOPEZ-GUTIERREZ,
a/k/a "Pico,"
a/k/a "Pici," and
FREDY RODRIGUEZ,

        Defendant.
_____/

## ORDER

It appearing to the Court that the above-named Defendants are fugitives from justice, it is therefore,

ORDERED AND ADJUDGED that the Clerk of Court shall remove the Defendants from the Court's Pending Case List and shall place the Defendants on the Clerk's Fugitive Case List.

DONE AND ORDERED at Fort Lauderdale, Florida, this 13th day of January 2009.

                              JAMES I. COHN
                              UNITED STATES DISTRICT JUDGE

cc:    Alejandro Soto, AUSA